**MINUTE ENTRY**
**KAYLA DYE MCCLUSKY**
**U.S. MAGISTRATE JUDGE**
**December 5, 2022**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

**STATE OF MISSOURI, ET AL.**                **CIVIL ACTION NO. 3:22-01213**

**VERSUS**                                   **JUDGE DOUGHTY**

**JOSEPH R. BIDEN, JR., ET AL.**             **MAGISTRATE JUDGE MCCLUSKY**

**\*\*\*\*\***

On November 17, 2022, a "Notice of Motion and Motion to Intervene for Access to Discovery and for its Filing as Judicial Record, Or for In Camera Inspection" [doc. 118] was filed by Movants Robert F. Kennedy, Jr., Dr. Joseph Mercola, and Ty and Charlene Bollinger.  Movants noted that the motion is opposed, but no opposition has yet been filed.

Under Local Rule 7.5, an opposition should be filed "within 21 days after service of the motion."  That deadline falls on Thursday, December 8, 2022.  However, given the intervening holiday, the undesigned extends the deadline one day, to December 9, 2022.  If opposition is filed and Movants wish to file a reply, their memorandum is due no later than December 16, 2022.  The undersigned will rule once all briefing delays have passed.

KDM